EXHIBIT A – TEXT MESSAGES RECEIVED FROM DEFENDANT (COMBINED)

07/13/2024 3:52:31 PM:

Hi Joe, A Very Special Event: David Schmidt, founder of Lifewave will be LIVE for our team only! Dr, Karen Kan M.D. Acupuncturist will interview David who will share life-changing benefits of our Light Therapy Technology. David will give us a glimpse into Lifewave's exciting future. David has special surprises for all of us who are attending our convention in Oct! Go to zoom.us Zoom ID 846 492 80493 Passcode healthy We have Limited Webinar Seats. Be early! https://us02web.zoom.us/j/84649280493?pwd=VRj88Yu6DNj0S2YApa45DQ85xsJ3Nf.1 To hear Dr. Karen Kan M.D. and David Schmidt recorded calls please Register/Log In to your https://connect4success.life team website. See you Tuesday 7/16 at 6 p.m. pacific Warmly, Renate Lundberg Senior Presidential Director LifeWave Advisory Council Member USA/Canada/Mexico

10/31/2024 6:12:43 PM:

Hello Joe, Hello from Renate Lundberg. I am your Lifewave Brand Partner who has helped bring together an awesome team of Loving, Caring, and Dedicated Brand Partners and customers. Together we are here to help you reach your Health and/or Wealth goals. To enhance your experience with Lifewave, we are launching a simple application (app) named "Boards". Boards is a Free and Easy way for you to connect to the Health and/or Wealth information our team shares and a way for you to share this information with other people you love and care about, if you so choose to do so. Please click this link to start your Boards experience with us. https://brd.so/eCph25nNkvMEtoEBmlSPG2Yav7Uy.pdf Warmly, Renate Lundberg Lifewave SPD Brand Partner Member Lifewave North America Field Leadership Counsel (USA, Canada, Mexico)

11/27/2024 4:05:23 PM:

Hi Joe,  As a "BLACK FRIDAY" discount, SAVE 30% on your favorite Lifewave products from Wed Nov 27th thru Tue Dec 3rd in various bundles containing a selection of X39, X49, Aeon, Carnosine, Glutathione, Ice Wave, and Energy Enhancers.   Click on PROMOTIONS on your back office Store drop down menu.  You may NOT add these specials to your Monthly Subscription Order MSO therefore move your MSO to the following month.   Do NOT Cancel your MSO to maintain all accumulated Volume in your account.,    You may purchase 5 promotional items/account.   Please read Promotional Details/FAQs in your email from corporate, boards, or this link.    https://files.constantcontact.com/5dd7c363701/1b5b359b-5ff1-463e-8b0b-7dc082e0a64c.pdf?rdr=trueb    Please make sure all your team members are aware of these special offers. If you have questions, please reach out.  We will always help and support you to our best ability.   Warmest Wishes,   Renate Lundberg Senior Presidential Director Advisory Council Member Us/Canada/Mexico

01/16/2025 3:35:01 PM:

Hi Joe, Sending you the warmest wishes for a Happy New Year FREE Lifewave Energy Enhancers!!!! Feel Young and Strong All Day Long Placing Energy Enhancers on the bottom of your feet allows every cell in your body to create Real Cellular Energy which can result in Better Sleep, More Strength, 20% More Fat Burning, More Effective Work Outs, and so much more!! Order our Y-Age System containing Aeon, Carnosine, and Glutathione to receive a sleeve of Energy Enhancers for FREE. Offer ends Sun Jan 19 Log into your back office Click on Promotions Move your Monthly Subscription Order MSO to next month or leave as is. Details provided in this link https://files.constantcontact.com/5dd7c363701/ac89044a-93ca-4cd8-8d45-3032cdf90374.pdf?rdr=true Please read the FAQs. Also, feel free to reach out with any questions you may have. We are always happy to assist you in any way we can. Warmly, Renate Lundberg Senior Presidential Director Advisory Council Member USA, Canada, Mexico

04/26/2025 4:49:52 PM:

Hi Joe, Thank you for being part of our Lifewave family. We are here to help you reach your health goals. Alavida Skin Care: Save $33 See and feel the difference in your skin when using our unique botanical hydrating and rejuvenating Day and Night lotion, our Copper Peptide infused Eye Treatment combined with our Light Therapy Alavida patches. Sign into your Lifewave back office, Click on Promotions to take advantage of this 15% off Special available until tomorrow Sun 4/27. https://files.constantcontact.com/5dd7c363701/dac1ae00-ed05-419d-b797-b5e01bdbfda7.pdf?rdr=true What better gift for Mother and Father's Day than Healthy Glowing Skin. Visit our miraclereadyinfo.com website to learn more about our life-changing technology and see Before and After photos. Feel free to reach out any time. Warmly, Renate Lundberg Senior Presidential Director Advisory Council Member USA Canada Mexico