**27–03**
NOV. DEC.



TAKE ADVANTAGE OF

# 30% OFF

*some of your favorite products when you buy them together!*

## SAVE 30% ON LIFEWAVE'S Y-AGE SYSTEM

- LifeWave Y-Age Aeon (1 sleeve)
- LifeWave Y-Age Carnosine (1 sleeve)
- LifeWave Y-Age Glutathione (1 sleeve)



|  | DISCOUNTED PRICE | DISCOUNTED BV | RETAIL PROFIT |
|---|---|---|---|
| Brand Partner | $104.90/€99.66 | 82 | n/a |
| Preferred Customers/ Preferred Plus Customers | $104.90/€99.66 | 46 | $21.00/€19.95 |
| Retail Customer | $146.90/€139.56 | 82 | $42.00/€39.90 |

## SAVE 30% ON LIFEWAVE'S X39®/X49® PERFORMANCE BUNDLE AND ENERGY ENHANCER®

- LifeWave X39 (1 sleeve)
- LifeWave X49 (1 sleeve)
- LifeWave Energy Enhancer (1 sleeve)



|  | DISCOUNTED PRICE | DISCOUNTED BV | RETAIL PROFIT |
|---|---|---|---|
| Brand Partner | $174.90/€166.16 | 137 | n/a |
| Preferred Customers/ Preferred Plus Customers | $174.90/€166.16 | 78 | $42.00/€39.90 |
| Retail Customer | $251.90/€239.31 | 125 | $91.00/€86.45 |

## SAVE 30% ON LIFEWAVE'S X49, ICEWAVE, AND ENERGY ENHANCER WHEN YOU BUNDLE THEM TOGETHER

- LifeWave X49 (1 sleeve)
- LifeWave IceWave (1 sleeve)*
- LifeWave Energy Enhancer (1 sleeve)



|  | DISCOUNTED PRICE | DISCOUNTED BV | RETAIL PROFIT |
|---|---|---|---|
| Brand Partner | $153.90/€146.21 | 120 | n/a |
| Preferred Customers/ Preferred Plus Customers | $153.90/€146.21 | 74 | $28.00/€26.60 |
| Retail Customer | $209.90/€199.41 | 109 | $70.00/€66.50 |

*Excludes Lichtenstein

# LIMITED TIME ONLY!

For LifeWave Retail Customers, Preferred Customers, and Brand Partners in the U.S., Mexico, and Europe (EMEA). Promotion SKU must be used to receive the promotional price. For initial (first-ever orders), refunds can be requested within 90 days of initial ship date for customers and within 30 days of initial ship date for Brand Partners. For all other orders, returns must be initiated within 30 days of ship date for refund and are limited to one promotion SKU return per customer. Please refer to the LifeWave return policy for specifics on the initial-order money-back guarantee. Not eligible for monthly subscription orders. Promotion starts and finishes on:

**USA/Mexico**
**Starts: Nov. 27, 2024, 12:00 AM CST**
**Ends: Dec. 3, 2024, 11:59 PM CST**

**Europe (EMEA)**
**Starts: Nov. 27, 2024, 7:00 AM CET**
**Ends: Dec. 4, 2024, 6:59 AM CET**

The company maintains the right to, at its sole discretion, alter or change any terms, conditions, or elements of this promotion as it deems necessary or as dictated by applicable laws and regulations.

# FAQS

**Q1:  How do I receive these special offers?**
A1:  When placing an order, please select "promotions" from the Shop drop-down menu on LifeWave.com, or from the Store drop-down menu in the Back Office. This special offer will be available in those places ONLY. Please select the promotional offer from one of these places and the discounted product will show in your shopping cart.

**Q2:  Which LifeWave customers can participate in these promotions?**
A2:  All customers in the U.S., Mexico, and Europe (EMEA) are eligible to participate in this promotion.

**Q3:  Are these promotions available to add to my monthly subscription order?**
A3:  No, promotions are not available for monthly subscription orders.

**Q4:  Is there a limit to how many of these promotions I can purchase?**
A4:  Yes, the maximum you can purchase of these specially priced items is five per account.

**Q5:  If this is my first order with LifeWave, is there a limit to how many of these promotional items I can return?**
A5:  Because we stand by our products and want everyone trying them for the first time to have the best experience possible, LifeWave offers a no-hassle Money Back Guarantee (MBG) for the initial (first-ever) orders placed by new customers. This promotion offers that same MBG option on returns for orders containing these promotional items.

Basically, if you are a first-time LifeWave customer and are dissatisfied with the product for any reason, LifeWave will offer a full refund (excluding shipping fees) for the initial (first-time) order on a given LifeWave Retail or Preferred Customer account, as long as the request for a  refund is received by LifeWave within ninety (90) days of the original shipping date of the pertinent order. Refund requests may be submitted by contacting LifeWave's Customer Service Department.

Remember, this Initial Order Money-Back Guarantee is ONLY applicable on initial (first-time) orders for new LifeWave customers.

**Q6:  If this is not my first order with LifeWave, is there a limit to how many of these promotional items I can return?**
A6:  Here at LifeWave we strive to continually provide great promotions and deals to our loyal Brand Partners and customers who love our products. For us to continue doing this, some limitations are necessary for these promotions, including terms regarding returns.

LifeWave Brand Partners and repeat customers will be limited to returning only 1 promotional item, per the promotional rules, regardless of the number of promotional items purchased.

If you wish to return an item, you can request a refund within thirty (30) days of the original shipping date of your order. Refund requests may be submitted by contacting LifeWave's Customer Service Department.



We are thrilled to introduce you to a clear step-by-step system that will allow your optimum success with our patented patch technology as well as an easy way to receive Referral fees and much more ... We are dedicated to connecting with you and answering any questions you might have along the way.  Please click on the link below and explore our Boards resources that will be updated on an ongoing basis.  Let's embark on this exciting journey together!   Click on Link in document, boards will appear, click "open in app", click "open", click "download, click "open", now in boards click "my Lifewave", Boards Lifewave Folders will appear, click on desired topic – example "getting started", drill deeper click "steps for success", drill deeper click "8 steps to success"...

https://boards.com/a/RrA0L.vjXBn0





GLOBAL*

**APRIL 21 – 27/28, 2025**

# SAVE 15%

## the Alavida Regenerating Trio and Revive Eye Cream



Alavida Nightly Restore Facial Crème, 1 bottle (1.7 fl. Oz.)

Alavida patches, 2 sleeves (30 patches ea.)

Alavida Revive Eye Cream, 1 bottle (.5 fl. Oz.)

Alavida Facial Nectar, 1 bottle (1 fl. Oz.)

**Let your inner beauty shine through your beautiful skin with Alavida's patches and creams.**

| | Discounted Price | Discounted BV | Retail Profit |
|---|---|---|---|
| Brand Partners | $186.92 / €177.57<br>₩242,996.00 (before tax)<br>₩230,846.20 (after tax)<br>¥24,100 (before tax)<br>¥26,510 (after tax) | 137 | n/a |
| Preferred / Preferred Plus Customers | $186.92 / €177.57 | 58 | $46.75 |
| Retail Customers | $246.42 / €234.10<br>₩320,346.00 (before tax) | 137 | $59.50 |

*Excludes Australia, Cayman Islands, French Reunion, Guernsey, Indonesia, Israel, Jersey, Korea, Mexico, New Zealand, South Africa, United Kingdom

**L I M I T E D   T I M E   O N L Y !**

# Promotion Details

For LifeWave Retail Customers, Preferred Customers, and Brand Partners globally, except for those in Australia, Cayman Islands, French Reunion, Guernsey, Indonesia, Israel, Jersey, Korea, Mexico, New Zealand, South Africa, and the United Kingdom. Promotion SKU must be used to receive the promotional price. For initial (first ever orders), refunds can be requested within 90 days of initial ship date for customers and within 30 days of initial ship date for Brand Partners.

For all other orders, returns must be initiated within 30 days of ship date for refund and are limited to 1 promotion SKU return per customer. Please refer to the LifeWave return policy for specifics on the return policy and the initial order money back guarantee. Not eligible for monthly subscription orders. Promotion starts and finishes on:

**United States/Canada**
**Starts: Apr. 21, 2025, 12:00 AM CST**
**Ends: Apr. 27, 2025, 11:59 PM CST**

**Malaysia/Singapore/Taiwan/Hong Kong/Macao/Philippines**
**Starts: Apr. 21, 2025, 1:00 PM GMT+8**
**Ends: Apr. 28, 2025, 12:59 PM GMT+8**

**Europe (EMEA)**
**Starts: Apr. 21, 2025, 7:00 AM CEST**
**Ends: Apr. 28, 2025, 6:59 AM CEST**

**Japan**
**Starts: Apr. 21, 2025, 2:00 PM GMT+9**
**Ends: Apr. 28, 2025, 1:59 PM GMT+9**

**Thailand**
**Starts: Apr. 21, 2025, 12:00 PM GMT+7**
**Ends: Apr. 28, 2025, 11:59 AM GMT+7**

The company maintains the right to, at its sole discretion, alter or change any terms, conditions, or elements of this promotion as it deems necessary or as dictated by applicable laws and regulations.

# FAQs

**Q1:  How do I receive this special offer?**
A1:  When placing an order, please select "promotions" from the Shop drop-down menu on LifeWave.com. This special offer will be available in this place ONLY. Please select the promotional offer and the discounted product will be shown in your shopping cart.

**Q2:  Which LifeWave customers can participate in this promotion?**
A2:  All LifeWave Brand Partners, Preferred Customers, and Retail Customers in all of LifeWave's markets (except Australia, Cayman Islands, French Reunion, Guernsey, Indonesia, Israel, Jersey, Korea, Mexico, New Zealand, South Africa, United Kingdom) are eligible to participate in this promotion.

**Q3:  Is this promotion available to add to my monthly subscription order?**
A3:  No, promotions are not available for monthly subscription orders.

**Q4:  Is there a limit to how many of this promotion I can purchase?**
A4:  Yes, the maximum you can purchase of this specially priced item is five per account.

**Q5:  If this is my first order with LifeWave, is there a limit to how many of this promotion I can return?**
A5:  Because we stand by our products and want everyone trying them for the first time to have the best experience possible, LifeWave offers a no-hassle Money Back Guarantee (MBG) for the initial (first-ever) orders for placed by new customers. This promotion offers that same MBG option on returns for orders containing these promotional items.

Basically, if you are a first-time LifeWave customer and are dissatisfied with the product for any reason, LifeWave will offer a full refund (excluding shipping fees) for the initial (first-time) order on a given LifeWave Retail or Preferred Customer account, as long as the request for a refund is received by LifeWave within ninety (90) days of the original shipping date of the pertinent order. Refund requests may be submitted by contacting LifeWave's Customer Service Department. (Customer Service contact details can be found at lifewave.com)

Remember, this Initial Order Money Back Guarantee is ONLY applicable on initial (first-time) orders for new LifeWave customers.

**Q6:  If this is not my first order with LifeWave, is there a limit to how many of this promotion I can return?**
A6:  Here at LifeWave we strive to continually provide great promotions and deals to our loyal Brand Partners and customers who love our products. For us to continue doing this, some limitations are necessary for these promotions, including terms regarding returns.

LifeWave Brand Partners and repeat customers will be limited to returning only 1 promotional item, per the promotional rules. For this promotion, anyone who has previously purchased LifeWave products will be offered a return limit of 1 promotional item. In other words, whether you order 2 or 5 promotional items only 1 promotional item may be returned for a refund. If you wish to return an item, you can request a refund within thirty (30) days of the original shipping date of your order. Refund requests may be submitted by contacting LifeWave's Customer Service Department. (Customer Service contact details can be found at lifewave.com)





RECEIVE A
# FREE ENERGY ENHANCER®
## WHEN YOU BUY LIFEWAVE'S Y-AGE® SYSTEM



**FREE**

## That's a value of up to $79.95USD.

Includes:
Y-Age Aeon (30 patches)
Y-Age Carnosine (30 patches)
Y-Age Glutathione (30 patches)
Energy Enhancer (30 patches) **FREE**

|  | Price | BV | Retail Profit |
|---|---|---|---|
| **Brand Partner** | $149.85 | 117 | n/a |
| **Preferred Customer** | $149.85 | 66 | $30.00 |
| **Retail Customer** | $209.85 | 117 | $60.00 |

**LIMITED TIME ONLY!**

For all LifeWave Brand Partners, Preferred Customers, and Retail Customers in the United States and Mexico. Promotion SKU must be used to receive the promotional price. For initial (first-ever orders), refunds can be requested within 90 days of initial ship date for customers and within 30 days of initial ship date for Brand Partners, Preferred Customers, and Retail Customers.

For all other orders, returns must be initiated within 30 days of ship date for refund and are limited to 1 promotion SKU return per customer. Please refer to the LifeWave return policy for specifics and the initial order money-back guarantee. Not eligible for monthly subscription orders. Promotion start and finishes on:

**United States/Mexico**
**Starts: Jan. 13, 2025, 12:00 AM CT**
**Ends: Jan. 26, 2025, 11:59 PM CT**

The company maintains the right to, at its sole discretion, alter or change any terms, conditions, or elements of this promotion as it deems necessary or as dictated by applicable laws and regulations.

# FAQs

**Q1:  How do I receive this special offer?**
A1:  When placing an order, please select "Promotions" from the Shop drop-down menu, or from the Store drop-down menu in the Back Office. The special offer will be available in those sections ONLY. Please select the promotional offer through this section and the free product will be shown in your shopping cart.

**Q2:  Which LifeWave customers can participate in this promotion?**
A2:  All LifeWave Brand Partners, Preferred Customers, and Retail Customers in the United States and Mexico are eligible to participate in this promotion.

**Q3:  Can I include this promotion in my Monthly Subscription Order?**
A3:  No, this promotion is only available for regular orders. This promotion will not be available for Monthly Subscription Orders, enrollments, upgrades or maintenance packs.

**Q4:  Is there a limit to how many of this promotion I can purchase?**
A4:  Yes, the maximum you can purchase of these specially priced items together is five per account.

**Q5:  If this is my first order with LifeWave, is there a limit to how many of this promotion I can return?**
A5:  Because we stand by our products and want everyone trying them for the first time to have the best experience possible, LifeWave offers a no-hassle Money Back Guarantee (MBG) for the initial (first-ever) order placed by new customers. This promotion offers that same MBG on returns for orders containing these promotional items.

Basically, if you are a first-time LifeWave customer and are dissatisfied with the product for any reason, LifeWave will offer a full refund (excluding shipping fees) for the initial (first-time) order on a given LifeWave Retail or Preferred Customer account, as long as the request for a refund is received by LifeWave within ninety (90) days of the original shipping date of the pertinent order. Refund requests may be submitted by contacting your local LifeWave Customer Service department.

**Q6:  If this is not my first order with LifeWave, is there a limit to how many of this promotion I can return?**
A6:  Here at LifeWave, we strive to continually provide great promotions and deals to our loyal Brand Partners and customers who love our products. For us to continue doing this, some limitations are necessary, including terms regarding returns. For this promotion, anyone who has previously purchased LifeWave products will be offered a return limit of one promotional item, regardless of the amount purchased. This means that even if you purchase five promotional items, you may only return one.





CELEBRATING
LIFEWAVE®
20 YEARS

LIFEWAVE TIMELINE

GLOBAL MARKET UPDATES

WHO WE ARE

# FUEL YOUR PASSION FOR LIFE



ENERGY ENHANCER STIMULATES ENERGY PRODUCTION AT THE CELLULAR LEVEL SO YOU CAN RELY ON NATURAL, REUSABLE ENERGY INSTEAD OF UNHEALTHY SUBSTITUTES.



"Since using the Energy Enhancer patches, I am bicycling longer and have increased gym workouts. I feel great and feel more youthful! Pretty good for a 66-year-old." – *Robert W.*

# TABLE OF CONTENTS

A MESSAGE FROM DAVID — 2

EXECUTIVE BIOS — 4

LIFEWAVE THROUGH THE YEARS! — 8

WHO WE ARE: THE LIFEWAVE EVOLUTION — 13

20 YEARS OF PRODUCT INNOVATION — 14

LIFEWAVE REVOLUTIONIZES PERFORMANCE AND RECOVERY WITH X49®! — 18

LIFEWAVE'S ESSENTIAL MISTS COLLECTION — 22

THE HUMANITARIAN SPIRIT OF THE LIFEWAVE COMMUNITY — 24

LIFEWAVE AROUND THE WORLD — 26

# A MESSAGE FROM DAVID

## THANK YOU FOR 20 YEARS OF SUCCESS WITH LIFEWAVE!



LifeWave Technology was founded with the simple idea of taking a new life technology, originally developed for the Navy, to the public. With the creation of our network marketing company in November 2004, working together we have achieved some absolutely remarkable accomplishments over these 20 years, and I could not have asked for a better group of people than our Brand Partners to share our success with.

Over this period of time LifeWave has transformed into a health technology company, and a place where the entrepreneurial spirit of innovation can live for the betterment of the lives we touch as well as our planet. What you will see in the years ahead is that we are still at the beginning of our journey, and the new technology and products we will release will be intended to empower each member of our community, making their lives more fulfilling as a result.

Thank you for giving me the opportunity to be an inventor, and share the gifts God has blessed me with. My sincere hope for you is that in our company you will achieve the success you deserve, and in turn pursue the dreams you hold in your heart.

Many Brand Partners in our community were with us right at the beginning when we launched LifeWave with Energy Enhancer as our main product. To this incredible group of early adopters, you have my deepest thanks and appreciation for seeing the dream of what LifeWave could become, and being

here now to enjoy the fruits of your hard work and effort.

In the late 2000's I made the decision to start investing our resources into stem cell research, and after 10 years of investigation, $4.3 million USD in investment capital, and over 80 patents globally, X39® was released and it forever transformed our company for the better. We have touched and enriched the lives of many, and they have taken LifeWave on a path to becoming one of the largest networking marketing companies in the world.

In these past two decades, LifeWave has expanded across North America, Japan, Europe, and in countries across Asia and the Pacific. This phenomenal growth in

such a short period of time would not be possible without the power of network marketing. To all of our Brand Partners that have started locally and branched out globally, you have our appreciation and gratitude for an incredible job well done!

With our financial success has also come the opportunity to help those less fortunate. We have had a history of giving since our very first conference in 2005, and since that time our relationship with organizations such as the Red Cross has continued to expand. In fact, two years ago we began a project in our research center to design a revolutionary drone for humanitarian relief, and I am proud to say that this project has been successful, resulting in the

unveiling of this drone at our 2022 convention.

Whether this is your first experience with LifeWave or you have been with us since the beginning, I offer my heartfelt appreciation for your willingness to learn more about this technology, allow it to make a difference in your wellness journey, and share it with the people you love most.

What is in store for the future? God willing, we will continue to innovate and develop new technologies well beyond health products for your personal empowerment, security and financial well-being. I am expecting the next twenty years to be even bigger than the first, and I would not miss it for the world.

Thank you for everything you have done for LifeWave, and my prayer for each of you is to have a life in union with our divine Creator, boldly going forth to touch lives one at a time, living long, living well, and living younger.



**MY SINCERE HOPE FOR YOU IS THAT IN OUR COMPANY YOU WILL ACHIEVE THE SUCCESS YOU DESERVE, AND IN TURN PURSUE THE DREAMS YOU HOLD IN YOUR HEART.**

**SINCERELY**

**DAVID SCHMIDT**
**FOUNDER & CEO**

# EXECUTIVE BIOS



## DAVID SCHMIDT
### FOUNDER & CEO

David Schmidt is the Founder & CEO of LifeWave. He founded the company in 2004 to help people tap into their body's natural potential for greater overall health. He received his formal education in management information systems and biology at Pace University in Pleasantville, NY, before moving on to a career in anti-aging and regenerative science. Before founding LifeWave, he worked on numerous innovative designs, such as a new process for creating oxygen and hydrogen, and designing and prototyping multi-fueled, bladeless-turbine power generation systems.

The LifeWave technology was born from three years of intense research by David into methods of naturally increasing energy and stamina via phototherapy. David is the holder of over 130 issued patents with many more pending. More than 70 of those issued patents are in the field of regenerative science and technology.



## MEREDITH BERKICH
### PRESIDENT

With 30 years in direct selling, both as field leader and corporate executive, Meredith brings a wealth of experience to LifeWave. As President, she provides collaborative leadership, strategic thinking, and an unwavering commitment to excellence to benefit all of our valued stakeholders.

Before joining LifeWave, she served in executive positions in a variety of sectors including wellness, durable goods, and commodities. Her vision and tireless dedication to the success of entrepreneurs has resulted in driving explosive growth to $1B+ in annual revenue. Publicly recognized as one of the *Most Influential Women in Direct Selling*, her dedication to empowering people worldwide is unwavering.

"I'm continuously inspired by the quality of both corporate and field leadership here at LifeWave. I am privileged to work alongside some of the most talented and committed individuals I've encountered," says Meredith. "With ongoing innovation and dedication to technological advancements, we will continue to build an ecosystem where influencer's of all types can thrive in an ever-evolving marketplace."

In Meredith's role, she is responsible for developing and implementing business strategies and systems in support of LifeWave's accelerated growth. In the spirit of continuous improvement her motto is: "We don't have to be perfect. We just have to be great".



## JULES RUDICK
### EXECUTIVE VICE PRESIDENT

Jules Rudick is the Executive Vice President of LifeWave. Since joining LifeWave in 2009, his extensive business relationships across the globe, accumulated over the course of his 30-year international business career, have been instrumental in LifeWave's worldwide growth. Jules holds a master's degree in international management from the American Graduate School of International Management in Glendale, Arizona.

He says: "It's been my great honor and privilege to have worked with David Schmidt and the great people at LifeWave for the past 15 years where David has created a company and products that have been improving the quality of peoples' lives every day since 2004 and looking forward to the day in the not-too-distant future when we reach our goal of having LifeWave in a billion homes around the world!"

He speaks fluent Mandarin Chinese and Cantonese and is an Associate of the Institute for Independent Business.



## COLMAN DILLON
### CHIEF OPERATIONS OFFICER

Colman Dillon is the Chief Operations Officer at LifeWave. With 28+ years of experience in the pharmaceutical and medical device industries, Colman has held management positions at leading companies such as Johnson and Johnson, Henkel, and Johnson Matthey Pharmaceuticals.

Since joining LifeWave in April 2010, Colman has spearheaded operations, including global product registration, management, and distribution, while integrating company-wide processes and goals that drive overall business success.

About his experience at LifeWave, he says: "Working together with David and my LifeWave colleagues since 2010 has been an inspirational journey. It has been a journey of trust, respect, caring, and a great deal of fun! Our values as an organization have inspired us to work hard every day to continue to help people improve lives everywhere."

Prior to LifeWave, Colman served as general manager of a number of pharmaceutical manufacturing sites where he was responsible for product registration and sales on a global scale.



## JOSEPH DEPANFILIS
### CHIEF FINANCIAL OFFICER

Joseph DePanfilis is the Chief Financial Officer at LifeWave. Over his 35-year career, Joseph has gained expertise in diverse areas of finance in the high-tech auto manufacturing, aerospace, medical devices, telecommunications, and consumer products industries. He has also served in accounting and operation capacities and played a key role in business start-ups and turnarounds.

In his career, he has garnered a strong reputation for improving operations and impacting business growth through such measures as strong and resourceful finance management and productivity/efficiency improvements.

He says: "LifeWave innovations have positively impacted my health in ways I cannot quantify. I am committed to ensuring that as many people around the world as possible can share the experience and benefits of our products and improve their lives in doing so."

Joseph holds a bachelor's degree in accounting from Johnson and Wales University.



# RELAX AND REBALANCE WITH Y-AGE AEON

Y-AGE AEON PROMOTES RELAXATION, CALMS DISCOMFORT, AND EASES TENSION WHILE SUPPORTING A HEALTHY INFLAMMATORY RESPONSE IN YOUR BODY. UNWIND AND REBALANCE FOR THAT PEACEFUL, AT-EASE FEELING.



"My personal experience after using the Aeon patch: I can say that I have noticed a deeper sleep." – *Isabel M.*

# LIFEWAVE THROUGH THE YEARS!

LifeWave Founder & CEO David Schmidt was eight years old when his parents took him to visit the workshop of American Inventor Thomas Edison, an experience that would forever define his career and personal life. From that day forward, he knew he wanted to be an inventor.

## 2002

LifeWave Technology was formed in 2002 with the development of the first patch prototypes in David's home office. This included the prototype for Energy Enhancer.

A patent was filed on this pioneering, non-transdermal technology.



## 2003

The first clinical studies were conducted at Troy University and Morehouse College, solidifying LifeWave's commitment to perform quality research to validate product efficacy.

## 2004

David met Richard Quick, the six-time United States Olympic Swim Coach. Prior to their meeting, biomedical engineer Dr. Karl Maret introduced LifeWave Energy Enhancer patches to Coach Quick.

Just three weeks after providing the patches to his Stanford University team, six of its eight members broke their personal lifetime records.

Shortly thereafter, Stanford team members were spotted wearing LifeWave patches during the Olympic Swimming Trials, propelling LifeWave into the national media spotlight.

As a result, over 1,000 people came forward to become LifeWave Brand Partners.



*Richard Quick*

### NOVEMBER
LifeWave's first day in business as a Direct Sales Company was November 10, 2004.

Sales in the first month of business exceeded even the greatest of expectations by generating over $500,000 USD.

## 2005

LifeWave's first conference was held at the Riviera Hotel in Las Vegas. The event featured 40 speakers, including professional and Olympic athletes who discussed utilizing LifeWave patches to reach the pinnacle of competition.





### SEPTEMBER
LifeWave makes first donation to the Red Cross, demonstrating the humanitarian and service -centered heart of LifeWave Leadership & Brand Partners.

### NOVEMBER
LifeWave celebrates its first year in business as a Direct Sales Company, generating $17 million in sales.

## 2006

LifeWave starts to spread worldwide with the release of IceWave®, Y-Age Carnosine, and Y-Age Glutathione.



## 2007

SP6 Complete Patch launches in July 2007.

NFL Super Bowl champion Brendon Ayanbadejo and his brother join other sports legends in endorsing LifeWave products.



## 2008

LifeWave is established in the EU with the launch of business in France, Spain, Switzerland, and Italy.

LifeWave is recognized as an international company and ranked #4825 in the Inc. 5000 List of Fastest Growing Private Companies.

LifeWave is established in Southeast Asia with the launch of business in Taiwan.

## 2009

LifeWave celebrates five years in the business with a Five-Year Anniversary Caribbean Cruise.

LifeWave creates the Richard Quick Pursuit of Excellence Award in memory of Coach Quick.

## 2010

LifeWave expands headquarters in San Diego and sets up a production base in Ireland with construction beginning on a 25,000 sq ft manufacturing facility and fulfillment house, which also included a new center for customer service.

LifeWave expands in the EU, opening operations in Poland.

LifeWave is recognized by the Inc. 5000 List of Fastest Growing Private Companies ranking #1435.



## 2011

LifeWave launches what will become known as one of its most popular products, Y-Age Aeon.



## 2012

LifeWave continued its international expansion by opening new markets, including Hong Kong.

LifeWave technology continued to reach athletes all over the world with several Olympians, including medal winners, wearing the LifeWave patches during the 2012 Summer Games.

## 2013

After an 11-year evaluation of our technology, scientific research, and clinical studies, the United States Patent Office issued two patents for LifeWave's ground-breaking non-transdermal patch technology. This decision was based on their determination that our technology is novel, legitimate, and supported by proper scientific information. This signified an extraordinary accomplishment for all of those who are an integral part of the LifeWave community.

## 2014

In November, LifeWave Members joined our leadership team on a Caribbean cruise to celebrate a decade of changing lives around the world.



## 2015

The Alavida® skin care line launches as a welcome addition to the ever-growing LifeWave product line.

**"Make it Happen, Make it Matter"** event in Copenhagen draws the largest crowd to date at a European LifeWave Event.

LifeWave was honored by the Direct Sales Association with the Ethos Award for Product Innovation.

In 2015, LifeWave Europe expanded their footprint by adding an additional building to support growth.



## 2016

LifeWave's life-changing product line receives a new, bold look with all-new product packaging.



## 2018

**"Best Invention to Date"** – The LifeWave X39® patch is brought to market.

In the summer of 2018, after years of research and development, the first of its kind product was introduced to the world – the LifeWave X39 patch. LifeWave Founder & CEO, David Schmidt, created his 'best invention to date'.

The LifeWave InTouch App is released.



## 2019

LifeWave officially opened in Japan on February 19, 2019.

LifeWave holds a 15-Year Anniversary cruise in the Caribbean with over 350 Brand Partners on board.



## 2020

Despite the global pandemic, business continued to grow at LifeWave with the opening of our new office in Utah, USA, and a move to a new office in Tokyo, Japan.

## 2021

Born out of necessity during the Global Pandemic, our annual virtual kickoff event, NOVA, launched in 2021 and has been a success year on year since.



## 2022

After a successful pre-launch in late 2021, the LifeWave X49® Patch officially launched in the US and Europe in January 2022, followed by a global launch in April 2022.

### AUGUST
In August 2022, LifeWave hosted the SHINE Global Convention in Orlando, Florida, USA.

### NOVEMBER
In November 2022, LifeWave releases a new technology, forever changing how people experience the scent of essential oils, with LifeWave Shine® and LifeWave Dream™ in the United States and Europe. Global releases followed in 2023.



## 2023

### MAY
May 2023 saw the successful launch of our Aromatherapy Mist collection in Asia.

### OCTOBER
In October 2023, LifeWave hosted it's biggest event to date with our Heart to Heart Global Convention in Orlando, Florida, USA.





# WHO WE ARE

## THE LIFEWAVE EVOLUTION

### WHO WE ARE

Driven by innovation and proven by science, LifeWave is a breakthrough health technology company dedicated to honoring the light of life.

As we began thinking differently about light and the possibilities of phototherapy, we were inspired to explore the potential of earth's oldest natural resource. With a non-invasive wearable patch, we discovered a way to harness visible and infrared light and tap into the body's natural energy reserves to stimulate stem cell activity, improve recovery, and support immunity.

### OUR PURPOSE

Beyond helping people find a healthier way to live, LifeWave's purpose is to empower people to live in the light with health technology that enhances and extends lives.

It begins with natural energy and the ability to get out and move your body. Faster recovery, improved performance, and prolonged activity contribute to a healthier lifestyle. This creates a wellness connection of mind, body, and spirit, which improves so much more than just physical health.

Youth renewal, energy, sleep, performance, fast relief, heightened focus, and improved mood all contribute to living well, living longer, and living younger.

### OUR MISSION

We are committed to helping people live long and live well with health and wellness solutions designed to redefine the future of human potential.

### PROVEN BY SCIENCE

LifeWave has re-imagined wellness. Our health solutions are backed by science, including clinical studies, patents, and real-life results.

- Over 80 independent studies conducted at world-class universities and research institutions.
- David has over 130 issued patents, with the majority in the field of regenerative science and technology.
- David has dedicated nearly 25 years of research and product development to discovering and scientifically validating LifeWave's health technology.

### WHERE WE'RE GOING

LifeWave is pushing the limits of possibility. From health and wellness to philanthropic efforts and everywhere in between, we're always thinking forward.

As we hold true to our core values of high product standards, leading with service, being socially responsible, and striving to make a difference through unprecedented humanitarian advancement, our goal isn't to be the best health technology company, it's to be the only health technology company that reverses aging and redefines the human experience for generations to come.

Thank you for joining us on this journey!

# 20 YEARS OF PRODUCT INNOVATION

## 20 YEARS OF PRODUCT INNOVATION

When LifeWave began back in 2004, even the most optimistic of projections fell short of our reality nearly 20 years later.

In addition to the millions of people who have benefited from our patented health technology, countless more have felt the embrace of the worldwide LifeWave community, experienced the lasting impact of greater financial opportunity, or received a helping hand as part of LifeWave's commitment to making a difference through unprecedented humanitarian advancement.

And it all began when as a young boy David's parents took him to visit the workshop of Thomas Edison. From that day forward, David knew he wanted to be an inventor — even more than that, he knew he wanted to change the world.

## SCIENCE + INNOVATION

David fueled his entrepreneurial endeavors by combining the reality of science with the imagination of innovation. Initially, our goal was to elevate energy levels in the human



body without harmful drugs or stimulants. This resulted in a true revolution of product innovation.

Harnessing light, we discovered a life-transforming patch technology that reflects visible and infrared light back into the tissue. That initial patch, now known as Energy Enhancer, stimulates natural energy and lasting endurance by unlocking the body's own potential. In 2002, a patent was filed on this pioneering, non-transdermal technology.

Two decades later, LifeWave's incredible line of wearable wellness health technology and accompanying products are sold in over 100 countries across the globe.



## X39® FAST FACTS

### ELEVATE, ACTIVATE, REGENERATE WITH X39!

**PRODUCT: LIFEWAVE X39®**

**YEAR RELEASED: 2018**

**BENEFIT:**
Elevates levels of GHK-Cu, a copper peptide naturally produced by the body that is known to support healthy stem cell activity.

**THE SCIENCE:**
Independent third-party clinical studies on GHK-Cu have determined some remarkable benefits of this copper peptide.

**Study A**
A double-blind randomized control study published in the International Journal of Research Studies in Medical and Health Sciences revealed that X39 patches caused a significant increase in the production of 8 amino acids, which improved short-term memory, sleep, and vitality.

Read the compete study at LifeWave.com

**Study B**
A double-blind test published in the journal Internal Medicine Research showed a significant increase in copper-peptide concentrations in the blood of subjects who had worn patches X39 patches for 1 week.

Read the compete study at LifeWave.com

## BETTER PERFORMANCE + FASTER RECOVERY

With the pre-launch of X49® in 2021, we found a way to elevate another copper peptide in the body to specifically target increased strength, muscle mass, stamina, and faster recovery from exercise. AHK-Cu, the "daughter" peptide to GHK-Cu, activates vascular endothelial cells to support healthy blood flow. Further research touts its ability to metabolize the amino acid alanine, which is a source of energy for muscles and the central nervous system.

While an incredibly effective patch on its own, especially for those interested in building muscle, losing weight, and improving performance, using both X39® and X49 simultaneously activates stem cells, while promoting enhanced cell repair to help people do more, better, and faster.

## CONTINUED PRODUCT INNOVATION

Since the genesis of LifeWave's first energy enhancer patch, we have gone on to develop additional patches that provide life-changing benefits in the areas of youth renewal, energy, sleep, performance, and fast relief. Plus, our advancements include aromatherapy mists and personal care products that have revolutionized how people experience self-care.

**ENERGY ENHANCER:** Clinically proven to increase energy and endurance.

**Y-AGE GLUTATHIONE:** Naturally elevates production of glutathione, the body's master antioxidant.

**Y-AGE CARNOSINE:** Clinically shown to increase stamina, improve strength and flexibility and overall health.

**Y-AGE AEON:** Clinically proven to reduce stress.

**ICEWAVE®:** Specifically designed to provide relief at the source of aches, pains, and discomfort.

**SILENT NIGHTS®:** Elevates melatonin naturally to support restorative sleep.

**SP6 COMPLETE:** Stimulates points on the body known to regulate appetite.

**ACULIFE®:** Supports relief from minor aches and pains in horses.

**ESSENTIALS MIST COLLECTION:** LifeWave SHINE® and LifeWave DREAM™ Aromatherapy mists both provide the scent of essential oils.

**ALAVIDA® REGENERATING TRIO:** More vibrant skin from day one.
- Alavida Patches
- Alavida Nightly Restore Facial Crème
- Alavida Facial Nectar

## LIVE LONG, LIVE WELL, LIVE YOUNGER WITH LIFEWAVE

As LifeWave celebrates its 20-year anniversary, it's continuously surpassing product innovation and business success milestones. LifeWave continues to experience record-breaking sales year on year and as we move through 2024, it looks set to be another year of accelerated growth for the company.

With its global headquarters in the United States, LifeWave now has offices in Ireland, Taiwan, Malaysia, Philippines, and Japan, with continued infrastructure growth and market expansion expected. After two-decades, LifeWave is as on a growth trajectory as ambitious as that momentous day back in 2004 when David's boyhood dream became a reality.

LifeWave isn't just changing the health and wellness industry, but the reality of regenerative technology and the future of human potential. And after 20 years, LifeWave is only getting started.



# AGING IS NOT INEVITABLE!

X39® HELPS SUPPORTS HEALTHY STEM CELL ACTIVITY, WHICH IS KNOWN TO PROMOTE HEALING, RESTORATION, AND REJUVENATION. BY NATURALLY ELEVATING A COPPER PEPTIDE PRODUCED BY THE BODY, X39 BOOSTS VITALITY AND OVERALL HEALTH AND WELLNESS.

"After using X39 for a month I can honestly say without a doubt that it works! I'm a competitive cyclist as well as a busy husband and dad that works everyday. Ever since I started using X39 I've been less tired with higher mental awareness with less physical and mental fatigue" - Shane

# LIFEWAVE REVOLUTIONIZES PERFORMANCE AND RECOVERY WITH X49®!



With the Pre-Launch of X49 in the United States in November of 2021, LifeWave added another innovative patch to its science-backed, patented health technology product line and took another step in the evolution of the health and wellness movement.

And when X49 officially launched across 14 additional countries by January of 2022, it became a favorite among LifeWave Brand Partners and customers and the perfect companion patch to X39®.

Similarly to X39, X49 elevates copper peptide levels in the body for remarkable results and was born out of David Schmidt's desire to expand on and complement X39's capabilities.

"We wanted to design something that elevated the peptide AHK-Cu, which is a 'daughter' peptide to GHK-Cu," David said. "We knew that AHK, although it hasn't been researched as much as GHK, has a lot of different functions."

## BENEFITS TO FITNESS

X49® patches elevate concentrations of the AHK-Cu peptide in the blood. This means clear improvements in stamina. When stamina improves, exercise gets easier, and health—possibly even weight loss—improves.

One of the peptide's primary functions is its ability to metabolize alanine, an amino acid which has shown to reduce lactate concentrations during exercise. High lactate—or lactic acid—levels can be caused by low oxygen levels during strenuous exercise. Thus, reducing lactate concentrations means keeping sufficient oxygen in the muscles to improve exercise performance, particularly in endurance athletes.

## BENEFITS TO BONE HEALTH

In a recent study published in the Biomedical Journal of Scientific & Technical Research, researchers found that X49 supports bone and muscle health in aging women because elevated AHK-Cu production, as well as production of certain essential amino acids, leads to a decrease in the breakdown of bone during the cycle of bone repair.

AHK-Cu is known to activate vascular endothelial cells, which are critical in supporting healthy blood flow.

In fact, studies done on AHK-Cu show many benefits.

- Promotes a healthy cardiovascular system
- Supports healthy cognitive function
- Aids muscle recovery
- Supports fat loss, when used in tandem with a healthy diet and exercise program
- Supports bone health

In addition to those benefits, studies on LifeWave's X49 patches specifically reveal a host of additional benefits.

## SYNERGISTIC BENEFITS WITH X39®

X39 helps in stem cell activation, while X49 helps in reshaping the body and improving body composition. Together, as part of the X39/X49 Performance Bundle, they offer many primary and secondary benefits. In fact, using them in tandem amplifies the benefits of both products, improving overall health and ability exponentially.

Simply put, X49 helps your body do what it was meant to do, only better. **Redefine your prime with X49!**



# BETTER TOGETHER



## X39® & X49®
## PERFORMANCE
## BUNDLE

EXPERIENCE THE SYNERGISTIC BENEFITS OF X39 AND X49 TOGETHER! CLINICALLY PROVEN TO ELEVATE NATURAL PEPTIDES WITHIN THE BODY, THE X39/X49 PERFORMANCE BUNDLE SUPPORTS HEALTHY STEM CELL ACTIVITY, WHILE IMPROVING PERFORMANCE, STRENGTH, AND RECOVERY.

"I'm recovering faster than I ever have" - *Dr. Joan K.*

## LIFEWAVE®

## STAY ACTIVE
## WITH ICEWAVE

ICEWAVE IS SPECIFICALLY DESIGNED TO PROVIDE RELIEF AT THE SOURCE OF ACHES, PAINS, AND DISCOMFORT WITHOUT DRUGS, STIMULANTS, OR CHEMICALS.

"I think these patches are truly AMAZING!" - *Mandy M.*

## EXPERIENCE THE ESSENCE OF ENERGY AND RELAXATION WITH LIFEWAVE'S

# ESSENTIAL MISTS COLLECTION





# SHINE BRIGHT, DREAM BIG

### LIFEWAVE SHINE® AND LIFEWAVE DREAM™ AROMATHERAPY MISTS PROVIDE THE SCENT OF ESSENTIAL OILS.



"I love both the Shine and the Dream. When I spray the Shine before my workout, I notice a difference. When I spray the Dream before going to sleep, I notice that I sleep so much better. Love, love, love both products..." – *Christine S.*

In August 2022, at SHINE Global Convention in Orlando, Florida, David Schmidt introduced his latest innovation, LifeWave Shine® and LifeWave Dream™, and with it, a new, revolutionary way to experience the scent of essential oils.

There are many ways to feel the benefits of essential oils.

This new health technology heightens the benefits of the all-natural ingredient panel so you feel the energy when

**ESSENTIALS MIST COLLECTION GLOBAL RELEASES:**

**November 2022**
United States and Europe

**May 2023**
Japan, Malaysia, Taiwan, Thailand, Malaysia

**01 September 2023**
Philippines

you need it most and can unwind when it's time to relax before bedtime.

**Say Hello to your New Morning and Evening Essentials**
From sunrise to sunset, Shine and Dream Aromatherapy Mists help you get the most out of your day. The invigorating aroma of LifeWave Shine awakens your senses in the morning, while LifeWave Dream creates a calming ambiance for your bedtime routine.

# THE HUMANITARIAN SPIRIT OF THE LIFEWAVE COMMUNITY

Since 2004, LifeWave and its member community have partnered in delivering humanitarian aid where needed. In times of crisis, LifeWave has responded by donating patches to those in need or through monetary donations to the Red Cross, UNICEF, and other helpful organizations.

In the two decades since the company began, LifeWave has provided aid to those in war-torn countries, assisted in clean-up efforts after hurricanes and other weather disasters, supported initiatives to provide clean drinking water in underprivileged countries, and so much more.

The humanitarian spirit of the LifeWave community is the driving force behind continued innovation.

**The Future of Humanitarian Action**

At Global Convention 2022, LifeWave introduced a new, cutting-edge technology designed to revolutionize the speed with which we provide life-saving supplies and LifeWave patches to refugees and relief workers in the future.

Members in attendance, both in-person and virtual, were privileged to see the official unveiling of this transformative technology.

Introducing, the next phase in LifeWave's humanitarian actions!

### RECENT LIFEWAVE PRODUCT AND MONETARY DONATIONS

December 2021: Tornado Relief
March 2022: Ukraine Support
August 2022: Kentucky Flood Relief
September 2022: Salute to Veterans
September 2022: Puerto Rico Relief
October 2022: Hurricane Ian Relief
January 2023: Turkey & Syria Earthquake Relief
April 2023: Southern USA Storm Relief
August 2023: Maui Fire Relief





Artistic render

**Unmatched Drone Technology**

Using our skill in product development and innovation, we have invented a new technology that will allow LifeWave to respond to natural disasters and political unrest with record speed.

Once complete, this drone will be able to transport over 200 pounds of supplies to areas of need worldwide. It will be used for search and rescue as well as disaster relief operations.

While LifeWave will continue to support relief efforts through monetary donations, this new technology will make it possible to deliver food, water, clothing, medical equipment, and the health benefits of our incredible life technology to those in need within hours rather than days, weeks, or even months.

As always, the impact of LifeWave's future humanitarian action is made possible by our incredibly generous member community.

# LIFEWAVE AROUND THE WORLD





### LIFEWAVE AROUND THE WORLD
## NORTH AMERICA!

### OFFICIAL LAUNCH DATE
- LifeWave's first day of business is November 10, 2004

### COUNTRIES INCLUDED
- United States of America
- Canada
- Mexico

### RECENT MARKET HIGHLIGHTS

### EVENTS
- LifeWave Global Convention 2021 – Orlando, Florida, USA
- Shine Global Convention 2022 – Orlando, Florida, USA
- Heart to Heart Global Convention 2023 – Orlando, Florida, USA

### RECENT INCENTIVE TRIPS
- Incentive Trip in Tulum, Mexico – April 2022
- SPD Retreat in Costa Rica – November 2022
- North America Travel Incentive in Aruba – April 2023
- SPD Retreat in Orlando, Florida – October 2023

### RECENT PRODUCT LAUNCHES
- LifeWave X49® in 2022
- Essentials Mist Collection: LifeWave Shine® and LifeWave Dream™ in 2022

### BUSINESS SUCCESS MILESTONES
- US $10million in sales - The first country to reach over $10million in sales in a month (November 2022)

### NEW OFFICES
- Draper, Utah 2023
- Provo, Utah 2020

### INTERESTING FACT
North America became the largest LifeWave market in August of 2022 and has maintained its position since.

Celebrating 20 Years with LifeWave!



## LIFEWAVE AROUND THE WORLD
## JAPAN!

### OFFICIAL LAUNCH DATE
- LifeWave officially opened in Japan on February 19, 2019

### COUNTRIES INCLUDED
- Japan

### RECENT MARKET HIGHLIGHTS

### EVENTS
- Japan celebrated its grand opening at new Tokyo Distribution Center and new office on December 3, 2021.
- Japan hosts successful year-end event every year since 2020.

### RECENT INCENTIVE TRIPS
- Japan's first incentive trip was in 2022 – Japan Ishigaki Island
- Japan Travel Incentive Trip 2023 – Miyako Island, Japan

### RECENT PRODUCT LAUNCHES
- LifeWave X49® in April 2022
- Essential Mist Collection: LifeWave Shine® and LifeWave Dream™ in May 2023

### BUSINESS SUCCESS MILESTONES
- Japan was the number one sales market in the first half of 2022.

### INTERESTING FACT
LifeWave X39® accounts for nearly one third of sales, followed by X49® and Y-Age Glutathione.

# MOVE BETTER AND YOUNGER WITH Y-AGE CARNOSINE

Y-AGE CARNOSINE ELEVATES THE PRODUCTION OF CARNOSINE, A NATURALLY OCCURRING AMINO ACID WITH ANTIOXIDANT PROPERTIES. IT SUPPORTS MOBILITY, FLEXIBILITY, STRENGTH, AND BALANCE SO YOU'RE NOT JUST KEEPING UP—YOU'RE LEADING THE WAY



"I am 51 years old. From the beginning, with these patches, I have felt comfortable, enthusiastic, better shape, a new life!" - *Nogales F.*



## LIFEWAVE AROUND THE WORLD
# EUROPE!

### RECENT PRODUCT LAUNCHES

- In 2019, LifeWave Europe launched X39® during a sold-out event in Mondsee, Austria.
- In 2022, LifeWave Europe released X49®.
- In November 2022, LifeWave Europe released the Essentials Mist Collection: LifeWave Shine® and LifeWave Dream™.

### NEW OFFICES

- In 2015, LifeWave Europe expanded their footprint by adding an additional building to support growth.

### INTERESTING FACT

The European market with its many countries is characterized by its cultural and linguistic diversity. Alone the European Union has 23 different official languages. Every email sent, every webinar or event is translated in six different languages to support the business of the main markets within the European region. At LifeWave, the many European countries with their different mentalities, cultures, and languages have become one single market and a big heartfelt family.

### OFFICIAL LAUNCH DATE

- LifeWave Europe officially launched in 2010, with a manufacturing site and corporate office located in Athenry, Co. Galway, Ireland.
- Order fulfillment ships to 78 countries for LifeWave Europe.
- LifeWave Europe Customer Service Team supports seven languages.

### COUNTRIES INCLUDED

- 43 Countries across Europe, including South Africa, Israel, and UAE.

### RECENT MARKET HIGHLIGHTS

### EVENTS

- In October 2022, LifeWave hosted its first post-pandemic European Conference in Nice, France.

### INCENTIVE TRIPS

- The European Incentive Trips in 2022 to Marbella, Spain, and in 2023 to Crete, Greece, were a huge success that brought many smiles to qualifiers.

### BUSINESS MILESTONE

- Creation of the European Sales Team in 2021/2022 with a dedicated Vice President of European Sales and a corporate team supporting the business of our European Brand Partners. The Europe Sales team has implemented monthly training webinars and in-person events across all of Europe.
- In 2020, the LifeWave Europe manufacturing facility became certified to ISO 9001 Quality Management, followed by certification to ISO 13485 in 2021.
- 2022 was a big year for the manufacturing department, as significant investment was made towards automation technology.
- In 2022, LifeWave manufactured 2,907,342 patch product sleeves, which equates to 87,220,260 actual patches.





**LIFEWAVE AROUND THE WORLD**

**ASIA**

## OFFICIAL LAUNCH DATE

- LifeWave opened its first office in Asia in 2008 (Taipei, Taiwan)

## COUNTRIES INCLUDED

- Taiwan (2008)
- Japan (2019)
- Philippines (2020)
- Malaysia (2021)
- Thailand (2022)

## RECENT MARKET HIGHLIGHTS

### EVENTS

- Grand Openings of LifeWave Thailand – March 20, 2022
- Official Opening of LifeWave Malaysia – April 22, 2022
- First Anniversary of LifeWave Thailand – March 20, 2023

### RECENT INCENTIVE TRIPS

- Phuket, Thailand - May 19-22, 2022
- Hanoi and Halong Bay, Vietnam – March 1-5, 2023
- Miyako Island, Japan – April 10-14, 2023

## RECENT PRODUCT LAUNCHES

- LifeWave X49® – April 2022
- Malaysia – April 23, 2022
- Taiwan – April 30, 2022
- Philippines – April 30, 2022
- Essentials Mist Collection: LifeWave Shine® and LifeWave Dream™ – May 2023
- Taiwan – May 6, 2023
- Malaysia – May 13, 2022
- Thailand – May 15, 2023

## NEW OFFICES

- New Office Grand Opening of LifeWave Philippines – September 18, 2022

### INTERESTING FACT

In 2021, Asia shared 42% of the world's direct sales revenue and Asia has the largest direct selling sales force with 69.6 million users. To further promote our success, LifeWave Asia often organizes a variety of activities to engage with our customers and build loyalty. These activities can range from product demonstrations to networking events, providing an opportunity for customers to learn more about the company and its products.

# EVERY GREAT DAY BEGINS THE NIGHT BEFORE



"I sleep well and wake up refreshed. The patches are absolutely brilliant for me and I would like to recommend them to others. A big thanks to LifeWave technology." - *Hronn T.*

SILENT NIGHTS® ELEVATES MELATONIN NATURALLY SO YOUR BODY CAN PEACEFULLY DIVE DEEPLY INTO THE VARIOUS RESTORATIVE LEVELS OF SLEEP AND AWAKEN FEELING REFRESHED.

HARNESSING OUR PATENTED PHOTOTHERAPY TECHNOLOGY, LIFEWAVE X39® IS DESIGNED TO ELEVATE A PEPTIDE KNOWN TO ENHANCE STEM CELL ACTIVITY.



LIFEWAVE

# X39®

↑ Elevate    ⚡ Activate    🔄 Regenerate

EXPERIENCE MULTIPLE BENEFITS INCLUDING THE SUPPORT OF WOUND HEALING, RAPID PAIN RELIEF, MORE ENERGY AND BETTER SLEEP – MUST BE EXPERIENCED TO BE BELIEVED.

© 2023 LifeWave, Inc. All Rights Reserved.    20YEAR-CAT-EN-EU R01