Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LifeWave, Inc.<br><br>and<br><br>Renate Lundberg<br>    Defendants. | Case No. 3:25-cv-752<br><br><br>STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND FOR ADDITIONAL TIME TO RESPOND<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

      The Plaintiff Leon Weingrad, and Defendant, LifeWave, Inc., hereby stipulate to the filing of the Amended Complaint previously filed at ECF 16, in accordance with Rule 15(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE. In light of this stipulation, the parties further stipulate and respectfully request that the Court vacate its August 29, 2025 order (ECF No. 17), striking the Amended Complaint from the Docket.

      The parties also stipulate to Defendant's request for an additional 14 days to respond to the Amended Complaint, on the grounds that the complaint raises complex issues that require

additional time to analyze and address.  In light of this stipulation, the parties respectfully request that the Court enter an order that Defendant shall have 28 days from the date the Amended Complaint is accepted by the Court.


Dated: September 5, 2025

*s/Andrew Roman Perrong*
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class


*s/Anthony Paronich*
Anthony Paronich, Mass. BBO No. 678437
(*Pro Hac Vice* Forthcoming)
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617-485-0018
Attorney for Plaintiff and the Proposed Class


*/s/ Jennifer M. Oliver*
Jennifer M. Oliver (CA Bar 311196) *(pro hac vice)*
Jennifer.oliver@bipc.com
Minney Thind (OSB No. 232144)
Minney.thind@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 W. Broadway, Suite 1100
San Diego, CA 92101
Telephone:     619-239-8700
Fax:                619-702-3898

Attorneys for Defendant
Lifewave, Inc.