UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated<br><br>Plaintiff,<br><br>vs.<br>LIFEWAVE, INC.<br><br>and<br><br>RENATE LUNDBERG,<br><br>Defendants. | Case No.: 3:25-CV-00752-AN<br><br>**ORDER GRANTING DEFENDANT LIFEWAVE'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT, STRIKE CLASS ALLEGATIONS, AND STAY DISCOVERY** |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 15, 2025, Defendant, LifeWave, Inc. ("Defendant") filed its Motion to Dismiss First Amended Class Action Complaint, Strike Class Allegations, and Stay Discovery ("Motion").

The Court, having considered the Defendant's Motion and Memorandum of Law, and finding good cause, hereby GRANTS/GRANTS IN PART the Motion and ORDERS as follows:

1. Count I of the Amended Complaint is hereby dismissed with/without prejudice.

2. Count II of the Amended Complaint is hereby dismissed with/without prejudice.

3. Paragraphs 14-16, 33-35, and 103 -108 of the Amended Complaint are hereby stricken from the Amended Complaint as immaterial and impertinent pursuant to Fed. R. Civ. Pro 12(f).

4. The Caller ID Class pled in Paragraph 82 of the Amended Complaint is likewise stricken pursuant to Rule 12(f).

5. Paragraph A of the Amended Complaint's Prayer for Relief and the treble damages demand in Paragraph B of the Amended Complaint's Prayer for Relief are also stricken pursuant to Rule 12(f).

6. Discovery is hereby stayed until _____.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE ADRIENNE NELSON
UNITED STATES DISTRICT JUDGE