Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Attorneys for Defendant Renate Lundberg*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFEWAVE, INC. and RENATE LUNDBERG,<br><br>　　　　Defendants. | Civil No. 3:25-cv-00752-AN<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT RENATE LUNDBERG** |

　　　　PLEASE TAKE NOTICE that Jeffrey G. Bradford of the law firm Tonkon Torp LLP hereby enters his appearance on behalf of Defendant Renate Lundberg ("Defendant Lundberg") in the above- captioned proceeding.  Service of all further documents, other than service of process, should be sent to:

　　Jeffrey G. Bradford, OSB No. 133080
　　Tonkon Torp LLP
　　1300 SW Fifth Ave., Suite 2400
　　Portland, OR 97201
　　　Direct:  503.802.5724
　　　Email:  jeff.bradford@tonkon.com

PAGE 1 –　NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT RENATE
　　　　　LUNDBERG

This appearance will be effective immediately and without further notice.

Defendant Lundberg reserves all rights and defenses including, but not limited to, any defenses Defendant Lundberg may have under Rule 12 of the Federal Rules of Civil Procedure or otherwise.

DATED: December 12, 2025.

        TONKON TORP LLP

        By:   *s/ Jeffrey G. Bradford*
            Jeffrey G. Bradford, OSB No. 133080
            Direct: 503.802.5724
            Email: jeff.bradford@tonkon.com

        *Attorneys for Defendant Renate Lundberg*