## Exhibit A – Michael J. Gleason's Bar Admissions

**STATE COURT ADMISSIONS**

| COURT | BAR NUMBER | ADMISSION DATE |
|---|---|---|
| The Supreme Court of Ohio | State Bar No. 0074177 | November 13, 2001 [inactive] |
| The Supreme Court of California | State Bar No. 279434 | December 2, 2011 |

**FEDERAL COURT ADMISSIONS**

| COURT | ADMISSION DATE |
|---|---|
| The Supreme Court of the United States | 2025 |
| United States Court of Appeals, Ninth Circuit | November 13, 2021 |
| United States Court of Appeals, Fifth Circuit | |
| United Stated District Court, Northern District of Ohio, | December 28, 2001 |
| United States District Court, Southern District of Ohio | January 7, 2004 |
| United States District Court, Northern District of California, | January 3, 2012 |
| United States District Court, Southern District of California | December 19, 2011 |
| United States District Court, Central District of California | December 19, 2011 |
| United States Bankruptcy Court, Central District of California | November 4, 2024 |