Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>LifeWave, Inc.<br>and<br>Renate Lundberg<br>　　　　Defendants. | Case No. 3:25-cv-752<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant's motion on the grounds that there exists no private right of action for the caller ID regulations codified at 47 C.F.R. § 64.1601(e). The decision is *Weingrad v. DaBella Exteriors, LLC*, No. 3:25-CV-396-SI, 2026 WL 496609 (D. Or. Feb. 23, 2026).

In *Weingrad*, Judge Simon of this Court considered an essentially identical motion to

dismiss premised partially on this Court's previous decision in *Griffin v. American-Amicable Life Ins. Co. of Tex.*, 2024 WL 4333373, at *4 (D. Or. Sept. 27, 2024). However, upon reviewing that decision in light of the "several *other* federal district courts since *Griffin*" to have considered the issue, the Court held that there is a private right of action for violations of 47 C.F.R. § 64.1601(e) because "[t]he FCC promulgated § 64.1601(e) through its authority under 47 U.S.C. § 277(c)." As a result, the Court held that the plaintiff "may avail himself of the express private right of action in that section." *Weingrad*, 2026 WL 496609 at *5-6.

Plaintiff respectfully requests that the Court consider this submission as further authority supporting Plaintiff's opposition to Defendant's motion and respectfully submits that this Court should similarly rule.

Dated: February 25, 2026

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

February 25, 2026

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.