

Minney Thind, Esq., (OR Bar No. 332628)
mthind@lbbklaw.com
*Lead Counsel*
LAGASSE BRANCH BELL + KINKEAD LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone: (478) 437-1827
Facsimile: (858) 345-5025
Attorneys for Defendant, LIFEWAVE, INC.

Jennifer M. Oliver (*pro hac vice*)
Buchanan Ingersoll & Rooney LLP
600 W. Broadway Suite 1100
San Diego, CA 92101
Telephone:  (619) 685-1990
jennifer.oliver@bipc.com
*Counsel for Defendant LifeWave, Inc.*

# UNITED STATES DISTRICT COURT

## OREGON, PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>LIFEWAVE INC.,<br><br>              Defendant. | CASE NO.: **3:25-cv-00752-AN**<br><br>**NOTICE OF CHANGE  OF BUSINESS ADDRESS AND EMAIL ADDRESS**<br><br>Judge: *Hon. Adrienne Nelson*<br><br>Complaint filed: May 06, 2025<br>Trial date: TBD |

Pursuant to Local Rule 83-10, counsel for Defendant LifeWave, Inc. hereby provides notice of the following change of business address and email address, effective immediately:

**Former Address and Email:**
Minney Thind, OSB No. 332628
Buchanan Ingersoll & Rooney LLP
600 W. Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 685-1990
Email: minney.thind@bipc.com

///

-1-

LAGASSE BRANCH BELL + KINKEAD LLP
4365 Executive Drive, Suite 950
San Diego, CA  92121

**New Address and Email:**
Minney Thind, OSB No. 332628
Lagasse Branch Bell + Kinkead LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone: (478) 437-1827
Facsimile: (858) 345-5025
Email: mthind@lbbklaw.com

Counsel respectfully requests that the Court and all parties update their records accordingly and direct all future correspondence and filings to the new address and email address listed above.

Dated: April 9, 2026

LAGASSE BRANCH BELL + KINKEAD LLP

By:_____
Minney Thind, Esq.
Attorney for Defendant,
LIFEWAVE, INC.

NOTICE OF CHANGE OF BUSINESS ADDRESS AND EMAIL ADDRESS

| **UNITED STATES DISTRICT COURT,** **OF OREGON, PORTLAND DIVISION** | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):        TELEPHONE NO.: <br>Minney Thind, Esq., (SBN: 232144)     (478) 437-1827 <br>mthind@lbbklaw.com <br>LAGASSE BRANCH BELL + KINKEAD LLP <br>4365 Executive Drive, Suite 950 <br>San Diego, CA 92121 | |
| CASE NAME <br>LEON WEINGRAD v. LIFEWAVE INC. | Judge: *Hon. Adrienne Nelson* |
| ATTORNEY FOR DEFENDANT: <br>Defendant LIFEWAVE INC. | CASE NUMBER <br>**3:25-cv-00752-AN** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 4365 Executive Drive, Suite 950, San Diego, CA 92121.

On **April 9, 2026,** I caused to be served the within document(s):

**NOTICE OF CHANGE  OF BUSINESS ADDRESS AND EMAIL ADDRESS**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

| | |
|---|---|
| Andrew Roman Perrong <br>Perrong Law LLC <br>2657 Mount Carmel Avenue <br>Glenside, PA 19038 <br>Tel.: (215) 225-5529 <br>E-Mail: a@perronglaw.com <br>***Attorney for Plaintiff, LEON WEINGRAD*** | |

(   )   **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( X )   **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through the CM/ECF's electronic mail system to the e-mail address(s) set forth above, or as stated on the above service list.

(   )   **BY FAX.** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

(   )   **BY PERSONAL SERVICE.** I caused said documents to be hand-delivered to the addressee(s) on said date below, pursuant to Code of Civil Procedure §1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 9, 2026, at Los Angeles, California.

_Alberto Flores_____
Alberto Flores

PROOF OF SERVICE