Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>LifeWave, Inc.<br>and<br>Renate Lundberg<br>    Defendants. | Case No. 3:25-cv-752<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF HIS RESPONSE
IN OPPOSITION TO DEFENDANT LIFEWAVE'S MOTION TO DISMISS**

Plaintiff submits this Notice of Supplemental Authority to advise the Court of a recent

decision relevant to the Court's consideration of Defendant LifeWave's motion on the grounds

that the Court allegedly lacks personal jurisdiction over LifeWave because any contact was

allegedly intended at someone else. In *Wilson v. TPH Paralegal Prof. Corp.*, No. 6:25-cv-01703-

MTK, 2026 WL 899930 (D. Or. Apr. 1, 2026), Judge Kasubhai denied a foreign (Canadian)

defendant's motion to dismiss a TCPA action for lack of personal jurisdiction. A copy of the

Notice of Supp. Authority       1

decision is attached as Exhibit 1.

*Wilson* is directly relevant to the personal jurisdiction issues raised by LifeWave's Motion. In particular, the *Wilson* court held that calls to a pled Oregon area code satisfied purposeful direction and aiming. *Id.* at \*2-\*3. Moreover, the *Wilson* court rejected defendant's argument that the defendant's call was not intended to reach Oregon and that its calls were allegedly "inadvertent." The Court rejected this reasoning, stating that, if defendant's reasoning were correct, that "would insulate all inadvertent or accidental conduct from specific jurisdiction no matter the harm caused by that conduct in the forum state." *Id.* at \*3. The Court noted that this interpretation was "particularly unsound in the context of the TCPA." *Id.* Finally, the Court rejected the notion that the exercise of personal jurisdiction to an Oregon area code number offended traditional notions of fair play and substantial justice. *Id.* at \*4-\*5.

Plaintiff respectfully requests that the Court consider this submission as further authority supporting Plaintiff's opposition to Defendant's motion and respectfully submits that this Court should similarly rule.

Dated: April 26, 2026

>/s/ *Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com

Notice of Supp. Authority                    2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

April 26, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
